# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REX THOMAS KENDALL, <br><br> Defendant. | CR 18-13-H-CCL <br><br><br> PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Rex Thomas Kendall appeared before the Court on September 12, 2018, and entered a plea of guilty to the Information. He also admitted the forfeiture allegation. Kendall's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253.

IT IS ORDERED:

THAT Kendall's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253:

- Dell Latitude E6410 Service Tag: DCX7RM1;

1

- Western Digital hard disk drive (serial number WX41AA2F7117); and

- SanDisk Cruzer 2GB USB storage device.

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253, and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 14th day of September, 2018.

CHARLES C. LOVELL
Senior United States District Court Judge