FILED

NOV 16 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. REX THOMAS KENDALL, **Defendant.** | CR 18-13-H-CCL FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on September 14, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C.§ 2253, free from the claims of any other party:

- Dell Latitude E6410 Service Tag: DCX7RM1;
- Western Digital hard disk drive (serial number WX41AA2F7117); and
- SanDisk Cruzer 2GB USB storage device.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 16th day of November, 2018.

CHARLES C. LOVELL
Senior United States District Judge